# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, D.C. KING, P.D. LOCHNER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**RYAN L. MCBRIDE**
**SERGEANT (E-5), U.S. MARINE CORPS**

**NMCCA 201400422**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 5 September 2014.
**Military Judge:** LtCol C.M. Greer, USMC.
**Convening Authority:** Commanding Officer, Headquarters Group, II Marine Expeditionary Force, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation:** LtCol G.W. Riggs, USMC; **SJAR Addendum:** Maj K.G. Phillips, USMC.
**For Appellant:** LtCol Richard Viczorek, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**30 April 2015**

---

## OPINION OF THE COURT

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court